IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS BRYANT HOLLAND,
                    Petitioner,

        v.                                      **Judgment in a Civil Case**

JOEL HERRON,
                    Respondent.                 Case Number: 5:11-HC-2125-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the respondent's motion to dismiss and petitioner's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 6, 2012, with service on:
Thomas Bryant Holland  0187898, Franklin Correctional Center, P.O. Box 155, Bunn, NC  27508 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 6, 2012                          /s/ Julie A. Richards
                                        _____
                                        Clerk

Raleigh, North Carolina